**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

BYRON BREEZE, JR.,                                    *
                                                      *
        Plaintiff,                          *
                                                      *
v.                                                    *  Civil Action No. 1:21-cv-00692-BAH
                                                      *
MELBEN INC, et al.,                                   *
                                                      *
        Defendants.                         *

## CONSENT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Byron Breeze, Jr., an individual ("Plaintiff"), and Defendant Melben Inc, ("Defendant") by and through undersigned counsel, hereby file this Consent Motion to Stay All Deadlines and Notice of Settlement (the "Consent Motion"), and in support thereof state as follows:

1.      All matters in controversy between Plaintiff and all defendants have been settled or resolved in principle.  The Plaintiff and Defendant (collectively, the "Parties") are in the process of finalizing the terms of a written settlement agreement and wish to conclude the settlement without burdening the Court with any additional filings and without incurring unnecessary expenses.

2.      The Parties anticipate they will be able to finalize the written settlement agreement and submit dismissal papers within approximately 30 days.

3.      Accordingly, the Parties jointly and respectfully request that this Court grant a stay of the proceedings between them, including all deadlines, until July 10, 2021.

4.      The Parties submit that good cause exists for granting this Consent Motion and that it is not being filed for purposes of delay, but so that justice may be served.

5.      A proposed order is attached hereto.

Wherefore, the Parties respectfully request that the Court enter the proposed order submitted with this Consent Motion and grant the Parties such other and further relief to which they are entitled.

Dated:  June 10, 2021

BASHIAN & PAPANTONIOU, P.C.
*Attorneys for Plaintiff*
500 Old Country Road, Ste. 302
Garden City, NY 11530
Tel:    (516) 279-1554
Fax:    (516) 213-0339

By: */s/ Erik M. Bashian, Esq.*
ERIK M. BASHIAN, ESQ.
D.C. Bar No. 1657407
eb@bashpaplaw.com

*Copies to: All parties of record*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing *Consent Motion to Stay All Deadlines and Notice of Settlement* was sent, via the Court's ECF system, this 10th day of June, 2021 to:

James T. Zelloe, Esq.
Zelloe Law, P.C.
11350 Random Hills Road
Suite 700
Fairfax, VA 22030
Phone: (703) 691-4940
Fax: (703) 691-4942
Email: jtz@zelloelaw.com

By: */s/ Erik M. Bashian, Esq.*
ERIK M. BASHIAN, ESQ.

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BYRON BREEZE, JR., *individually,* | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 1:21-cv-00692-BAH |
| | * |
| MELBEN INC, et al., | * |
| | * |
| Defendants. | * |

## <u>CONSENT ORDER</u>

UPON CONSIDERATION OF Plaintiff Byron Breeze, Jr., and Defendant MELBEN

INC's Consent Motion to Stay All Deadlines and Notice of Settlement ("Consent Motion"), and

good cause having been shown, it is therefore this _____ day of _____,

2021, ORDERED that the Consent Motion shall be, and is hereby, GRANTED, and it is further,

ORDERED, that all deadlines arising in this case shall be stayed until July 10, 2021.


_____
Judge, U.S. District Court for the District of Columbia


*Copies to: All parties of record*