UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------X

BYRON BREEZE, JR., an individual,
c/o Bashian & Papantoniou, P.C.
500 Old Country Road, Suite 302
Garden City, New York 11530

        Plaintiff,

v.                                                                        Civil Action No. 1:21-cv-00692-BAH

MELBEN INC, d/b/a Flavio Restaurant,
a District of Columbia corporation,
c/o Hamza Hadani, 1073 31st Street NW
Washington, DC 20007-4408
and
1069-1073 31ST STREET LIMITED
PARTNERSHIP,
a District of Columbia limited partnership,
c/o Kelvon Mizrahi, 1400 Wisconsin Avenue NW,
Apt. 2, Washington, DC, 20007,

        Defendants.

-----------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BYRON BREEZE, JR. ("Plaintiff") and Defendants MELBEN INC, d/b/a Flavio Restaurant and 1069-1073 31ST STREET LIMITED PARTNERSHIP ("Defendants"), through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule

**[INTENTIONALLY LEFT BLANK]**
**[SIGNATURE PAGE TO FOLLOW]**

84518v1

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: July 12, , 2021

| BASHIAN & PAPANTONIOU, P.C. | ZELLOE LAW, P.C. |
|---|---|
| By: /s/ Erik M. Bashian | By: /s/ James T. Zelloe |
| Erik M. Bashian, Esq. | James T. Zelloe, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 500 Old Country Road, Suite 302 | 11350 Random Hills Road, Suite 700 |
| Garden City, NY 11530 | Fairfax, VA 22030 |
| Email: eb@bashpaplaw.com | Email: jtz@zelloelaw.com |
| Tel. (516) 279-1554 | Tel. (703) 691-4940 |
|  | Fax. (703) 691-4942 (fax) |

84518v1